IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REEDER FARMS PARTNERSHIP, J.T.
REEDER, GRAHAM R. REEDER,
MARVIS R. SNELL, LLC, SNELL
FAMILY LIMITED PARTNERSHIP OF
SOUTHWEST FLORIDA, CLARK F.
REEDER, THOMAS E. REEDER AND
RANDOLPH R. SNELL,

    Plaintiffs,

vs.

GREAT LAKES DREDGE & DOCK
COMPANY, the UNITED STATES ARMY
CORPS OF ENGINEERS and the
MANATEE COUNTY PORT
AUTHORITY,

    Defendants.
_____/

Case No.:8:06-cv-01474-SDM-TGW

This motion----stipulation----petition is
GRANTED----APPROVED----DENIED----
DENIED AS MOOT----in Tampa, FL, on
11/14, 20__

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME
FOR FILING THE CASE MANAGEMENT REPORT**

    Plaintiffs request an extension to 10 days after Defendant, United States Army Corps of Engineers, responds to the Complaint, and alleges:

    1.    There are three Defendants in this action: Great Lakes Dredge & Dock Company ("Great Lakes"), the United States Army Corps of Engineers ("Corps of Engineers") and the Manatee County Port Authority ("Port Authority").

    2.    Defendants Great Lakes and the Port Authority requested an extension to respond to the Complaint and undersigned counsel consented to the extensions.

    3.    The Port Authority answered the Complaint on October 27, 2006 and Great Lakes

answered the Complaint on November 3, 2006.

4.  Based upon a conversation undersigned counsel's office had today with counsel for the Corps of Engineers, the Corps of Engineers *may* contend that service upon it was ineffective because service upon the United States under Rule 4(i)(1) requires service upon the U.S. Attorney *and* the mailing of a copy of the Summons and Complaint to the Attorney General of the United States. The U.S. Attorney for the Middle District of Florida *was* served on August 16, 2006. However, a copy of the Summons and Complaint was not sent to the Attorney General of the United States, but is this day being done. Notwithstanding the foregoing, Rule 12(a)(3)(A) provides that the United States must respond to a Complaint within 60 days after the United States Attorney was served. The United States should have filed a response to the Complaint by October 15, 2006, even if it contended that service was ineffective through failure to send a copy of the Summons and Complaint to the Attorney General of the United States. The United States has not appeared in this case. In any event, based upon undersigned counsel's office's conversation with counsel for the Corps of Engineers today, it appears that the Army Corps of Engineers *may* be filing a response to the Complaint within 10 days of today.

5.  Undersigned counsel believes it is incumbent upon having some response filed by the Army Corps of Engineers prior to entering into discussions regarding the Case Management Report ("CMR").

6.  Plaintiffs request an extension of 20 days from today, *i.e.*, to November 28, 2006 (as that will be 10 days *after* a response to the Complaint is expected from the Corps of Engineers, within which to file the CMR.

7.  Undersigned counsel's office has discussed this extension with counsels for

2

Defendants, Great Lakes and the Port Authority, and they agree with this Motion.

WHEREFORE, Plaintiffs request an extension to file the CMR to November 28, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2006, I served the foregoing by mail to all counsel listed below because the Federal Court's server was malfunctioning and will also file the foregoing electronically with the clerk of court by using the CM/ECF system as soon as it becomes functional: James E. Aker, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, FL 34237, David W. McCreadie, Lau, Lane, Pieper, Conley & McCreadie, P.A., 100 South Ashley Drive, Suite 1700, Tampa, Florida 33602, Kevin S. Hennessy, Lewis, Longman & Walker, P.A., 1001 Third Avenue West, Suite 670, Bradenton, Florida 34205, E. N. Fay, 6404 Manatee Avenue West, Bradenton, Florida 34210 and that I mailed a copy to Charles Harden, U.S. Attorney Office, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida  34237
(941) 366-8100 - Telephone
(941) 366-6384 - Facsimile
Email: jaker@icardmerrill.com.

s/James E. Aker
By:   JAMES E. AKER
      Florida Bar No.: 0131026
      Attorneys for Plaintiffs

cc:   Reeder Farms Partnership

3